IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BRUCE HOWARD BRYANT, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| vs. | ) | No. 3:17-CV-3121-C-BT |
|  | ) |  |
| WELLS FARGO BANK, N.A., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Senior District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted and **ADOPTED** as the findings and conclusions of the Court.[1]

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge:

(1) Plaintiff's Motion to Release Parties and Defendants' Motion to Dismiss are **GRANTED**;[2]

(2) Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** and Plaintiff may file an amended complaint within twenty-one (21) days from the date of this Order;

---

[1] No timely objections to the Magistrate Judge's Findings, Conclusions, and Recommendation were filed.

[2] Plaintiff's Motion to Release Parties seeks voluntary dismissal of Defendants Paiz, Hopkins, De Lucas, and Rons. Those parties should be terminated from the case docket by the Clerk of Court upon the docketing of this Order.

(3) Plaintiff's First Motion for Summary Judgment is premature and **DENIED**; and

(4) If Plaintiff fails to timely amend his complaint, the Court will convert its dismissal to a dismissal *with* prejudice and enter a final judgment accordingly.

**SIGNED this** 7 **day of September, 2018.**

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE